IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JONES, | ) Case No.: ED CV-11-01579(JCG) |
| Plaintiff, | ) ~~(PROPOSED)~~ ORDER GRANTING DISMISSAL WITH PREJUDICE |
| v. | ) |
| LARRY ROTHMAN, A PROFESSIONAL CORPORATION, D/B/A LAW OFFICE OF LARRY ROTHMAN & ASSOCIATES, | ) |
| Defendant. | ) |

## (~~PROPOSED~~) ORDER GRANTING DISMISSAL WITH PREJUDICE

Based upon the Joint Stipulation of Dismissal entered into by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 17, 2013   _____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE